UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JEFFERY A. BROUSSARD** | **CIVIL ACTION NO. 14-0720** |
| **LA. DOC #613311** | **SECTION P** |
| | |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| | |
| **IKE BROWN, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

**JUDGMENT**

For the reasons set forth in the Court's Ruling and for those reasons set forth in the Report and Recommendation [Doc. No. 13] of the Magistrate Judge, to the extent adopted,

**IT IS ORDERED** that Plaintiff's motion to amend complaint [Doc. No 20] is GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint, as amended, is **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**MONROE, LOUISIANA,** this 17th day of June, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE