UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **JEFFERY A. BROUSSARD** | * | CIVIL ACTION NO. 14-0720<br>Section P |
| **VERSUS** | * | JUDGE ROBERT G. JAMES |
| **WARDEN IKE BROWN, ET AL.** | * | MAG. JUDGE KAREN L. HAYES |

**ORDER**

Before the undersigned magistrate judge, on reference from the District Court, is an application for writ of mandamus [doc. # 200] filed by *pro se* plaintiff Jeffery A. Broussard. By this motion, plaintiff petitions the court to issue a writ of mandamus to the Clerk of Court for the 4th Judicial District Court requiring her to fully comply with this court's subpoena issued on December 22, 2015. For reasons assigned below, the motion is DENIED, as moot.[1]

On December 22, 2015, the court granted plaintiff's motion for issuance of a subpoena to the Clerk of Court for the 4th Judicial District Court. [doc. # 95]. The order/subpoena required the Clerk to produce, *inter alia*, a copy of the psychological/sanity evaluations administered by Drs. George Seiden and Richard Williams. *Id*. The 4th JDC Clerk filed a partial response to the subpoena on January 15, 2016, stating that the sanity evaluations were being held by the second circuit pending a ruling on the writ application to the Louisiana Supreme Court. [doc. # 108]. The Clerk added that she would comply with the order and forward the documents to this court

---

[1] As this motion is not one of the motions excepted in 28 U.S.C. § 636(b)(1)(A), nor dispositive of any claim on the merits within the meaning of Rule 72 of the Federal Rules of Civil Procedure, this ruling is issued under the authority thereof, and in accordance with the standing order of this court. Any appeal must be made to the district judge in accordance with Rule 72(a) and L.R. 74.1(W).

once the supreme court rendered its decision and returned the files to her. *Id*.

On December 27, 2016, the 4th JDC Clerk supplemented her response to the order/subpoena by filing with the Clerk of Court for the Western District of Louisiana copies of the psychological/sanity evaluations administered by Drs. George Seiden and Richard Williams. [doc. # 197]. The Clerk filed the records under seal, but did not forward a copy to plaintiff. Accordingly,

IT IS ORDERED that the Clerk of Court provide plaintiff with a copy of the 4th JDC Clerk's supplemental response [doc. # 197]. In light of same,

IT IS FURTHER ORDERED that plaintiff's application for writ of mandamus [doc. # 200] is DENIED, as moot.[2]

In Chambers, at Monroe, Louisiana, this 5th day of January 2017.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE

---

[2] In any event, federal courts do not have authority to issue writs of mandamus to direct state courts and their judicial officers in the performance of their duties. *Robertson v. Loftin*, Civ. Action No. 15-2678, 2016 WL 3919718, at *6 (W.D. La. Mar. 4, 2016), R&R adopted, 2016 WL 3920425 (W.D. La. July 15, 2016) (citations omitted).