UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JEFFERY A. BROUSSARD** **LA. DOC #613311** | **CIVIL ACTION NO. 14-0720** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **IKE BROWN, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

**JUDGMENT**

After a review of the entire record in this matter, for the reasons set forth in the Court's Ruling and for those reasons set forth in the Report and Recommendation [Doc. No. 173] of the Magistrate Judge, which are ADOPTED by the Court,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [Doc. No 154] is DENIED.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment [Doc. No. 156] filed by Defendants Ike Brown, Billy Harrison, Sgt. Holmes, and Samuel Lacy is **GRANTED**, and the claims against these Defendants are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the claims against remaining Defendants Sgt. Smith and Henry Bates are also **DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA,** this 5th day of January, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE